**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **Fred Nekouee,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 4:18-cv-00238 UNA** |
| **vs.** | ) | |
| | ) | |
| **K & K Hospitality, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On February 12, 2018, due to electronic case opening, the above numbered case

was inadvertently opened in error.   Therefore, this case will be administratively closed.

Case No. 4:18-cv-238 UNA is hereby administratively closed.

Dated this 12th day of February, 2018.

GREGORY J. LINHARES,
CLERK OF COURT

By: /s/Michele Crayton
Court Services Manager